IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

JIUVEL IVAN NUNEZ DIAZ ,                    *

                Petitioner,              *

v.                                                          Case No. 4:25-CV-334-CDL

                                    *

WARDEN, STEWART DETENTION
CENTER,                                                *

                Respondents.             *

_____

## J U D G M E N T

Pursuant to this Court's Order dated February 5, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondents.

    This 5th day of February, 2026.

                                 David W. Bunt, Clerk


                                 s/ Michelle Paschal, Deputy Clerk